DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT NEROES,<br><br>       Plaintiff,<br><br>vs.<br><br>BACKGROUNDCHECKS.COM,<br><br>       Defendant. | Case No. 2:20-cv-02307-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff ROOSEVELT NEROES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of January 13, 2021, up to and including **February 12, 2021**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 6, 2021                                               Dated: January 6, 2021

/s/ *Shawn Miller*                                                         /s/ *Diana G. Dickinson*
DAVID KRIEGER, ESQ.                                         DIANA G. DICKINSON, ESQ.
SHAWN MILLER, ESQ.                                           LITTLER MENDELSON, P.C.
KRIEGER LAW GROUP, LLC

Attorneys for Plaintiff                                                 Attorney for Defendant
ROOSEVELT NEROES                                          BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: _____January 11_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4844-5929-9030.1 107811.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800