DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT NEROES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BACKGROUNDCHECKS.COM,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02307-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff ROOSEVELT NEROES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of February 12, 2021, up to and including **March 5, 2021**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter.[1] The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

This request is made in good faith and not for the purpose of delay, and the parties believe the

---

[1] Some of the issues discussed include Defendant's contention that personal jurisdiction and venue is improper, and that nothing contained in this Stipulation waives those contentions.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

interests of judicial economy support granting this extension.

Dated: February 11, 2021                              Dated: February 11, 2021

*/s/ Shawn Miller*                                          */s/ Diana G. Dickinson*
DAVID KRIEGER, ESQ.                            DIANA G. DICKINSON, ESQ.
SHAWN MILLER, ESQ.                             LITTLER MENDELSON, P.C.
KRIEGER LAW GROUP, LLC

Attorneys for Plaintiff                                   Attorney for Defendant
ROOSEVELT NEROES                             BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: __February 16_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4823-7997-1036.1 107811.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.